# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 99-3660

_____

Sandhill, Inc.,                                    *
                                                   *
                    Appellant,                     *
                                                   *    Appeal from the United States
            v.                                     *    District Court for the Western
                                                   *    District of Missouri.
City of Springfield, Missouri; Mac                 *
McCartney; Thomas Finnie; Gareld                   *          [UNPUBLISHED]
Borgstadt; Nancy Yendes; Howard                    *
Wright,                                            *
                                                   *
                    Appellees.                     *

_____

Submitted:  July 10, 2000

Filed:  July 21, 2000

_____

Before WOLLMAN, Chief Judge, FAGG and BOWMAN, Circuit Judges.

_____

PER CURIAM.

Sandhill, Inc. sued the City of Springfield, Missouri and various named city employees and officials (collectively the City), claiming the City enforced zoning regulations against Sandhill's Springfield Guest House to discriminate against mentally handicapped residents in violation of the Fair Housing Act, 42 U.S.C. § 3601, and 42 U.S.C. § 1983.  The district court granted summary judgment to the City because Sandhill had not exhausted the administrative remedies available under Springfield's

municipal code and Sandhill appeals. Having carefully reviewed the record and the parties' briefs, we conclude an extended discussion is not warranted and affirm for the reasons stated in the district court's thorough opinion. <u>See</u> 8th Cir. R. 47B.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.